[No. 10566-3-I.   Division One.   May 31, 1983.]

H. DELL GUYAZ, ET AL, *Appellants,* v. NORMAN
V. PETERSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-12137-5, Stephen M. Reilly, J., entered July 21, 1981. *Affirmed* by unpublished opinion per Schol-

field, J., concurred in by Durham, A.C.J., and Swanson, J.